**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellant.**

**No. 102 MAP 2004.**

Supreme Court of Pennsylvania.

Oct. 25, 2004.

### *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of October, 2004, the Pennsylvania Board of Probation and Parole's appeal is dismissed as moot and the application for vacatur is denied.

■

**Carl M. SMITH, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBA-TION & PAROLE, DEPARTMENT OF CORRECTIONS, Appellees.**

Supreme Court of Pennsylvania.

Nov. 3, 2004.

### *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of November, 2004, the above captioned appeal is quashed as interlocutory pursuant to Rule 341, Pa.R.A.P.

■

**Shawn JORDAN, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBA-TION AND PAROLE, S.C.I Rock-view—F.J. Tennis, Pennsylvania State Police, Appellees.**

Supreme Court of Pennsylvania.

Nov. 3, 2004.

### *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of November, 2004, probable jurisdiction is noted and the order appealed is affirmed.